Decided March 5, 2009

MAURICE BILLIE *v.* COMMISSIONER OF CORRECTION

The petitioner Maurice Billie's petition for certification for appeal from the Appellate Court, 111 Conn. App. 905 (AC 28825), is denied.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Michael Proto*, deputy assistant state's attorney, in opposition.

Decided March 5, 2009